# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161489 & (11)

DANIEL FINLEY, DENNIS DONOHUE,
NIKKI SNYDER, BISHAM SINGH, and MORGAN
COLE,
      Plaintiffs-Appellants,
and

BOB CARR and PATRICK BAGLEY,
      Intervening Plaintiffs-Appellants,

v

GOVERNOR OF MICHIGAN, SECRETARY OF
STATE, STATE BOARD OF CANVASSERS,
and DIRECTOR OF ELECTIONS,
      Defendants-Appellees.

SC: 161489
COA: 353761
Ct of Claims: 20-000105-MM

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 10, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2020



s0619

Clerk